BRUCE L. SIMON (#96241)
**COTCHETT, PITRE, SIMON & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 692-3606

\*\*E-filed 10/19/05\*\*

PATRICK McNICHOLAS (#125868)
**McNICHOLAS & McNICHOLAS, LLP**
10866 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024
Tel: (310) 474-1582
Fax: (310) 475-7871

JONATHAN SHUB (#237708)
**SHELLER, LUDWIG & BADEY**
1528 Walnut Street, 3rd Floor
Philadelphia, PA 19102
Tel: (215) 790-7300
Fax: (215) 546-0942

*Co-Lead Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| In re: HP INKJET PRINTER LITIGATION | MASTER FILE NO. C053580 JF |
| | [~~PROPOSED~~] PRETRIAL ORDER NO. 1 |
| This Document Relates To: | |
| All Actions | |

[PROPOSED] PRETRIAL ORDER NO. 1
Master File No. C053580JF

## ORDER

The parties to this coordinated proceeding have conferred and submit this stipulated case management proposal including the organization of plaintiffs' counsel. This Order shall govern the pre-trial proceedings and trial of these coordinated actions and all subsequent related actions, which are added-on, transferred or otherwise coordinated as part of this coordination proceeding.

### I.  CONSOLIDATION OF RELATED ACTIONS

1. The following actions are hereby consolidated pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.

   a. *Ciolino v. Hewlett-Packard Company*, Civil Action No. C053580JF; and

   b. *Feder v. Hewlett-Packard Company*, Civil Action No. C0502462JF.

This consolidation is for all proceedings.

2. Any actions filed in, or transferred in, or transferred to this District which arise from facts similar to those in the present action are hereby consolidated pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.

3. The clerk shall establish and maintain a Master Docket and Master File for this proceeding under the caption "*In re HP Inkjet Printer Litigation*," Master File No. C053580 JF. All orders, pleadings, motions and other documents, when filed and docketed in the Master File, will be deemed filed and docketed in each individual case.

4. Henceforth, every pleading or other such document in this coordination proceeding, which ordinarily contains a pleading caption, shall bear the following caption:

///
///

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

In re: HP INKJET PRINTER LITIGATION ) MASTER FILE NO. C053580 JF
)
_____) [PROPOSED] PRETRIAL ORDER NO. 1
)
This Document Relates To: )
)
   All Actions )
)
_____)

## II.    ORGANIZATION OF PLAINTIFFS' COUNSEL

    5.    The organizational structure of plaintiffs' counsel established by this Order shall bind plaintiffs' counsel in the Consolidated Actions, including any action subsequently governed by this Order.

    6.    The Court appoints the following individuals to act on behalf of plaintiffs in the Consolidated Actions, including any plaintiffs subsequently governed by this Order, with the responsibilities hereinafter prescribed.

        a.    As Co-Lead Counsel:

            (1)    Bruce L. Simon of Cotchett, Pitre, Simon & McCarthy;

            (2)    Jonathan Shub of Sheller, Ludwig & Badey; and

            (3)    Patrick McNicholas of McNicholas & McNicholas LLP.

        b.    As members of the Executive Committee:

            (1)    Michael D. Liberty of the Law Offices of Michael D. Liberty;

            (2)    Stephen M. Garcia of The Garcia Law Firm;

            (3)    Mark A. Chavez of Chavez & Gertler LLP;

            (4)    Steven N. Berk of Cuneo, Waldman & Gilbert, LLC;

            (5)    David R. Buchanan of Seeger Weiss LLP;

            (6)    Marc H. Edelson of Edelson & Associates, LLC;

|   |   |   |
|---|---|---|
| 1 |   | (7) Scott E. Shapiro of Law Offices of Scott E. Shapiro, P.C. |
| 2 | c. | As Chair of the Executive Committee: |
| 3 |   | Steven N. Berk of Cuneo, Waldman & Gilbert, LLC. |
| 4 | d. | As Liaison Counsel: |
| 5 |   | Bruce L. Simon of Cotchett, Pitre, Simon & McCarthy. |

7. <u>Co-Lead Counsel</u>. Co-Lead Counsel shall have day-to-day responsibility for the conduct of the consolidated litigation; shall determine, after consultation with the Executive Committee and its chair, how to prosecute the case and shall initiate, coordinate and supervise the efforts of plaintiffs' counsel in the consolidated action in the areas of discovery, briefing, trial and settlement. Co-Lead Counsel shall also be deemed to be members of the Executive Committee.

8. Co-Lead Counsel shall designate responsibilities for specific tasks to plaintiffs' counsel in the consolidated cases in a manner to assure that pretrial preparation is conducted effectively, efficiently and economically; shall assist the Executive Committee and it's chair in maintaining communication among counsel; and shall monitor the activities of plaintiffs' counsel to assure that schedules are met and unnecessary expenditures of time and money are avoided. Co-Lead Counsel shall maintain the official service list of all plaintiffs and plaintiffs' counsel in the consolidated and coordinated actions, including their addresses. Co-Lead Counsel shall perform whatever any additional functions that may be assigned to them by the Court.

9. <u>Executive Committee</u>. To the extent delegated by Co-Lead Counsel, members of the Executive Committee and its Chair shall execute the orders of the Court concerning the conduct of the litigation; formulate and draft material for plaintiffs in the consolidated actions, including interrogatories, document requests, pleadings, briefs and motion papers; and perform such other tasks as are delegated by Co-Lead Counsel, including, for example, the taking of depositions upon oral examination. Co-Lead Counsel and the Executive Committee members may organize whatever subordinate bodies or subcommittees they deem expedient, such as discovery committees and briefing committees.

10. <u>Chair of the Executive Committee</u>. The Chair of the Executive Committee shall be responsible for overseeing the work of that Committee, and coordinating the assignments established by the Co-Leads. The Chair may participate in the conferences and planning meetings conducted by Co-Leads.

11. <u>Liaison Counsel</u>. Plaintiffs' Liaison Counsel shall be the contact between plaintiffs' counsel and the Court. Liaison Counsel shall serve as spokesmen for plaintiffs in the consolidated actions in presenting those plaintiffs' views to the Court and in acting on behalf of those plaintiffs' views in matters of joint or common action. This does not diminish the right of the other counsel to be heard on matters not susceptible to joint or common action or when genuine and substantial disagreement exists among counsel. Plaintiffs' Liaison Counsel shall forward any notices from the Court and report upon any communications to Co-Lead Counsel, to members of the plaintiffs' Executive Committee, and to other plaintiffs' counsel as appropriate.

12. Defendants shall serve all notices, orders, pleadings, motions, discovery, and memoranda relating to the Consolidated Actions on Co-Lead Counsel, which shall constitute service on all plaintiffs' counsel. An agreement reached with any Co-Lead Counsel or Co-Lead Counsel's designee shall be binding on all other plaintiffs' counsel in the Consolidated Actions.

13. Defendants shall effect service of papers on the members of plaintiffs' Co-Lead Counsel, as applicable, by email and either: (i) overnight mail service or comparable delivery; (ii) telecopier or (iii) hand delivery. Plaintiffs in the Consolidated Action shall effect service of papers on defendants by serving a copy of the same on all defendants' counsel by email and either: (i) overnight mail service or comparable delivery; (ii) telecopier or (iii) hand delivery.

### III. APPLICATION OF THIS ORDER TO SUBSEQUENT CASES

14. This Pretrial Order No. 1 shall apply to each related case subsequently added-on or transferred to this coordination proceeding. When an action is added-on as part of these proceedings, plaintiffs' Liaison Counsel shall serve a file-endorsed copy of this Pretrial Order No. 1 to the attorneys for the plaintiff(s) in the add-on case, and direct that this Pretrial Order No. 1 be served upon any new defendant(s) in the add-on case, or their counsel. A new party

objecting to the application of any provision of this Order must file a request for relief from this Order within ten (10) days of service of this Order upon that party.

### IV. STATE COURT COORDINATED PROCEEDINGS

15. Related state court litigation has been coordinated before the Honorable Jack Komar as Judicial Council of California Proceeding No. 4423. A case management conference in that coordinated proceeding is scheduled for November 15, 2005. All parties in that proceeding, i.e., Ken Weingart, Deborah Tyler, Clifford Obi, and Hewlett-Packard Company, by and through their attorneys have stipulated to proceed in federal court as part of this federal coordinated proceeding. Accordingly, plaintiffs will dismiss, without prejudice, their state court actions upon entry of this Pre-Trial Order No. 1.

### V. CONSOLIDATED AMENDED COMPLAINT

16. A Consolidated Amended Complaint shall be filed and served on or before October 24, 2005. Defendant Hewlett-Packard Company's responsive pleading shall be filed and served on December 12, 2005. The parties will meet and confer, and consult the Court, on a briefing schedule and hearing date thereon.

### VI. RULE 26 INITIAL DISCLOSURE

17. The parties met and conferred on October 6, 2005 per Rule 26. The parties will exchange their Rule 26 Initial Disclosures on November 11, 2005.

### VII. DISCOVERY

18. The parties will meet and confer further on the nature, scope and method of production. Defendant Hewlett-Packard Company's document production will start on November 11, 2005, and will be completed on a rolling basis.

### VIII. STATUS CONFERENCE

19. A Status Conference will be held on October 24, 2005 at 10:30 a.m. in lieu of a Case Management Conference.

///

///

## IX. MODIFICATION OF THIS ORDER

20. This order may be modified or supplemented by the Court or on motion by any party for good cause shown.

**IT IS SO ORDERED.**

DATED: 10/19/05

/s/electronic signature authorized
_____
HON. JEREMY FOGEL
UNITED STATES DISTRICT COURT

Approved as to form:

DATED: 10-17-05

_____
BRUCE L. SIMON
Proposed Co-Lead Counsel for Plaintiffs

Approved as to form:

DATED:_____

_____
SAMUEL G. LIVERSIDGE
Attorney for Defendant

[PROPOSED] PRETRIAL ORDER NO. 1
Master File No. C053580JF                    6