BRUCE L. SIMON (#96241)
**COTCHETT, PITRE, SIMON & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 692-3606

PATRICK McNICHOLAS (#125868)
**McNICHOLAS & McNICHOLAS, LLP**
10866 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024
Tel: (310) 474-1582
Fax: (310) 475-7871

JONATHAN SHUB (#237708)
**SHELLER, LUDWIG & BADEY**
1528 Walnut Street, 3rd Floor
Philadelphia, PA 19102
Tel: (215) 790-7300
Fax: (215) 546-0942

*Co-Lead Counsel*

**JUDGE'S COPY**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### (SAN JOSE DIVISION)

| | |
|---|---|
| In re: HP INKJET PRINTER LITIGATION | MASTER FILE NO. C053580 JF |
| | STIPULATION RE FILING OF PLEADINGS; [~~PROPOSED~~] ORDER |
| This Document Relates To: | |
| All Actions | |

STIPULATION RE FILING OF PLEADINGS; ORDER

1  WHEREAS, on or about October 19, 2005, the Honorable Jeremy Fogel entered Pre-Trial Order No. 1 establishing October 24, 2005 as the date for plaintiffs to file a Consolidated and Amended Complaint and established December 12, 2005 as the date for defendant to file a Motion to Dismiss;

WHEREAS, the Court has set a hearing on defendant's Motion to Dismiss for January 27, 2006;

WHEREAS, the parties have agreed to a one week continuance of the filing of the Consolidated and Amended Complaint and Motion to Dismiss;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that plaintiffs' deadline for filing a Consolidated and Amended Complaint shall be extended to Monday, October 31, 2005. The deadline for defendant to file a Motion to Dismiss shall be extended to Monday, December 19, 2005. Any opposition and reply to brief on the Motion to Dismiss shall be filed and served pursuant to the Federal Rules of Civil Procedure.

IT IS SO STIPULATED.

COTCHETT, PITRE, SIMON & McCARTHY

Dated: October 24, 2005

By: _____
BRUCE SIMON
Co-Lead Counsel for Plaintiffs and the Class

GIBSON, DUNN & CRUTCHER, LLP

Dated: October 25, 2005

By: *Esther Keisan with approval*
SAMUEL LIVERSIDGE
Attorneys for Defendant

///

# ORDER

IT IS HEREBY ORDERED THAT the deadline for filing a Consolidated and Amended Complaint shall be extended to Monday, October 31, 2005. The deadline for defendant to file a Motion to Dismiss shall be extended to Monday, December 19, 2005. Any opposition and reply to brief on the Motion to Dismiss shall be filed and served pursuant to the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

DATED: 10-26-05

HON. JEREMY FOGEL
UNITED STATES DISTRICT COURT

STIPULATION RE FILING OF PLEADINGS; ORDER

*HP Inkjet Litigation*
*Master File No. C053580 JF*

## PROOF OF SERVICE

I am employed in the County of San Mateo, State of California. I am a citizen of the United States, over the age of 18 years and not a party to the within cause. My business address is the Law Offices of Cotchett, Pitre, Simon & McCarthy, San Francisco Airport Office Center, 840 Malcolm Road, Suite 200, Burlingame, California, 94010.

On October 25, 2005, I served the following document(s) in the manner described below:

**STIPULATION RE FILING OF PLEADINGS; [PROPOSED] ORDER**

___ **BY MAIL:** I am readily familiar with this firm's practice for collection and processing of correspondence for mailing. Following that practice, I placed a true copy of the aforementioned document(s) in a sealed envelope, addressed to each addressee, respectively, as specified below. The envelope was placed in the mail at my business address, with postage thereon fully prepaid, for deposit with the United States Postal Service on that same day in the ordinary course of business.

_X_ **BY FACSIMILE:** I am readily familiar with this firm's practice for causing documents to be served by facsimile. Following that practice, I caused the aforementioned document(s) to be transmitted to the telephone number(s) of the addressee(s) specified below:

___ **BY OVERNIGHT COURIER SERVICE:** I am readily familiar with this firm's practice for causing documents to be served by overnight courier. Following that practice, I caused the sealed envelope containing the aforementioned document(s) to be delivered via overnight courier service to the addressee(s) specified below

___ **BY PERSONAL SERVICE:** I personally hand delivered a sealed envelope containing the aforementioned document(s) to be the addressee(s) specified below.

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed at Burlingame, California, on October 25, 2005.

*[signature]*
JoAnne Lein

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

PROOF OF SERVICE
1

***HP Inkjet Litigation***
***Civil Action No. C053580 JF***

## SERVICE LIST

| | |
|---|---|
| Robert E. Cooper<br>Peter Sullivan<br>Samuel G. Liversidge<br>**GIBSON DUNN & CRUTCHER**<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Tel:(213) 229-7000<br>Fax:(213) 229-7520<br>psullivan@gibsondunn.com | *Counsel for Defendant* |
| Michael J. Holston<br>John F. Schultz<br>Robert A. Particelli<br>**MORGAN LEWIS & BOCKIUS LLP**<br>1701 Market Street<br>Philadelphia, PA 19103<br>Tel: (215) 963-5000<br>Fax: (215) 963-5001<br>mholston@morganlewis.com | *Counsel for Defendant* |
| Stephen M. Garcia<br>**THE GARCIA LAW FIRM**<br>One World Trade Center, Suite 1950<br>Long Beach, California 90831<br>Tel: (562) 216-5270<br>Fax: (562) 216-5271<br>sgarcia@lawgarcia.com | *Counsel for Plaintiffs and the Class* |
| Patrick McNicholas<br>**MCNICHOLAS & MCNICHOLAS LLP**<br>10866 Wilshire Boulevard, Suite 1400<br>Los Angeles, California 90024-4338<br>Tel: (310) 474-1582<br>Fax: (310) 475-7871<br>pmc@mcnicholaslaw.com | *Counsel for Plaintiffs and the Class* |
| Scott E. Shapiro<br>Hubert Yun<br>**LAW OFFICES OF SCOTT E. SHAPIRO, P.C.**<br>17337 Ventura Boulevard, Suite 200<br>Encino, CA 91316<br>Tel: (818) 990-0706<br>Fax: (818) 990-0276<br>shapiro@ses-law.com | *Counsel for Plaintiffs and the Class* |

| | | |
|---|---|---|
| 1 | Michael D. Liberty<br>**LAW OFFICES OF MICHAEL D. LIBERTY**<br>1290 Howard Avneue, Suite 333<br>Burlingame, CA 94010<br>Tel: (650) 685-8085<br>Fax: (650) 685-8086<br>mdlaw@pacbell.net | *Counsel for Plaintiffs and the Class* |
| 5 | Jonathan Shub<br>**SHELLER LUDWIG & BADEY**<br>1528 Walnut Street, Third Floor<br>Philadelphia, PA 19102<br>Tel: (215) 790-7300<br>Fax: (215) 546-0942<br>jshub@sheller.com | *Counsel for Plaintiffs and the Class* |
| 9 | Mark Chavez<br>**CHAVEZ & GERTLER**<br>42 Miller Ave.<br>Mill Valley, CA 94941<br>Tel: (415) 381-5599<br>Fax: (415) 381-5572<br>mark@chavezgertler.com | *Counsel for Plaintiffs and the Class* |
| 13 | Steven Berk<br>**CUNEO, WALDMAN & GILBERT, LLC**<br>317 Massachusetts Avenue, Suite 300<br>Washington, DC 20002<br>Tel: (202) 789-3960<br>Fax: (202) 789-1813<br>StevenB@cuneolaw.com | *Counsel for Plaintiffs and the Class* |
| 17 | Mark Edelson<br>**EDELSON & ASSOCIATES, LLC**<br>45 West Court Street<br>Doylestowwn, PA 18901<br>Tel: (215) 230-8043<br>Fax: (215) 230-8735<br>medelson@hofedlaw.com | *Counsel for Plaintiffs and the Class* |
| 20 | David Buchanan<br>**SEEGER WEISS LLP**<br>One William Street<br>New York, New York 10004<br>Tel: (212) 584-0700<br>Fax: (212) 584-0799<br>dbuchanan@seegerweiss.com | *Counsel for Plaintiffs and the Class* |

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

**PROOF OF SERVICE**

3