**E-filed 1/13/06**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: HP INKJET PRINTER LITIGATION | MASTER FILE NO. CO53580 JF |
| | STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |
| This Document Relates To: | |
| ·All Actions | |

Gibson, Dunn &
Crutcher LLP

MASTER FILE NO. C053580 JF:  STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

1        Counsel report that they have met and conferred regarding ADR and have reached the

2  follwing stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

3        1.     The parties agree to participate in private non-binding mediation to be conducted

4  through JAMS or another mutually agreed-upon service provider.

5        2.     The parties further agree to hold the ADR session within ninety (90) days from the

6  date of this order.

7        IT IS SO STIPULATED

8  DATED:  January 11, 2006

9                        GIBSON, DUNN & CRUTCHER LLP

10

11                        By:_____

12                              Samuel G. Liversidge

13                        Attorneys for HEWLETT-PACKARD COMPANY

14  DATED:  January 11, 2006

15

16                        COTCHETT, PITRE, SIMON & McCARTHY

17

18                        By:_____

19                              Bruce Simon

                           Co-Lead Counsel for Plaintiffs and the Class

20

21

22

23

24

25

26

27

28

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the above-captioned matter is hereby referred to private non-binding mediation to be conducted through JAMS or another mutually agreed-upon service provider.  The deadline for the ADR session shall be ninety (90) days from the date of this order.

IT IS SO ORDERED.

DATED: 1/13/06                  .

UNITED STATES DISTRICT JUDGE

Jeremy Fogel

10917673_1.DOC

Gibson, Dunn &
Crutcher LLP