```
 1  ROBERT E. COOPER, SBN 35888
    PETER SULLIVAN, SBN 101428
 2  SAMUEL G. LIVERSIDGE, SBN 180578                **E-filed 5/1/06**
    GIBSON, DUNN & CRUTCHER LLP
 3  333 South Grand Avenue
    Los Angeles, California 90071-3197
 4  Telephone: (213) 229-7000
    Facsimile: (213) 229-7520
 5  email: sliversidge@gibsondunn.com

 6  MICHAEL J. HOLSTON*
    JOHN F. SCHULTZ*
 7  ROBERT A. PARTICELLI*
    MORGAN LEWIS & BOCKIUS LLP
 8  1701 Market Street
    Philadelphia, Pennsylvania 19103
 9  Telephone: (215) 963-5000
    Facsimile: (215) 963-5001
10
    Attorneys for Defendant,
11  HEWLETT-PACKARD COMPANY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re: HP INKJET PRINTER LITIGATION | MASTER FILE NO. C053580 JF |
|---|---|
| This Document Relates To:<br><br>All Actions | STIPULATION TO: (1) ESTABLISH A BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANT HEWLETT-PACKARD COMPANY'S MOTION TO DISMISS PLAINTIFFS' SECOND CONSOLIDATED AND AMENDED COMPLAINT, AND (2) EXTEND THE TIME FOR THE PARTIES TO COMPLETE NON-BINDING MEDIATION PURSUANT TO CIVIL L.R. 16-8 AND ADR L.R. 3-5 |

1  WHEREAS, plaintiffs filed and served a Second Consolidated and Amended Class Action
2  Complaint for Damages and Injunctive Relief ("Second Amended Complaint") on March 31, 2006;
3  WHEREAS, defendant Hewlett-Packard Company ("HP") intends to file a Motion to Dismiss
4  plaintiffs' Second Amended Complaint;
5  WHEREAS, the parties have agreed on a briefing schedule and hearing date for HP's Motion
6  to Dismiss plaintiffs' Second Amended Complaint;
7  WHEREAS, on January 13, 2006, pursuant to the stipulation of the parties under Civil L.R.
8  16-8 and ADR L.R. 3-5, this Court entered an Order requiring the parties to complete non-binding
9  mediation in this matter within ninety (90) days of the Court's Order;
10  WHEREAS, the parties initially scheduled a mediation session for March 22, 2006, pursuant
11  to the Court's Order;
12  WHEREAS, plaintiffs subsequently indicated that they would prefer to postponed the
13  mediation until they have had the opportunity to obtain and review additional production documents
14  from HP;
15  WHEREAS, plaintiffs believe that they will be in a better position to move forward with
16  meaningful and informed settlement discussions in this matter if they first have the opportunity to
17  obtain and review additional production documents from HP.
18  THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the
19  undersigned counsel that:
20  1. HP's Motion to Dismiss plaintiffs' Second Amended Complaint shall be filed and served
21  on or before April 21, 2006;
22  2. Plaintiffs' brief in opposition to HP's Motion to Dismiss shall be filed and served on or
23  before May 12, 2006;
24  3. HP's reply brief shall be filed on or before May 22, 2006;
25  4. The hearing on HP's Motion to Dismiss shall take place on June 2, 2006, at 9:00 a.m., or as
26  soon thereafter as the matter may be heard by the Court; and
27  ///
28  ///

Gibson, Dunn &
Crutcher LLP

2

MASTER FILE NO. C053580 JF:   STIPULATION AND [PROPOSED] ORDER

1     5. The parties agree to participate in private non-binding mediation to be conducted through JAMS within one hundred twenty (120) days of the date of the attached [proposed] Order.

IT IS SO STIPULATED.

DATED: April 17, 2006         GIBSON, DUNN & CRUTCHER LLP

By: _____
      Samuel G. Liversidge

Attorneys for HEWLETT-PACKARD COMPANY

DATED: April 17, 2006         COTCHETT, PITRE, SIMON & McCARTHY

By: _____
      Bruce Simon

Co-Lead Counsel For Plaintiffs and the Class

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, it is hereby ORDERED that:

1. HP's Motion to Dismiss plaintiffs' Second Amended Complaint shall be filed and served on or before April 21, 2006;

2. Plaintiffs' brief in opposition to HP's Motion to Dismiss shall be filed and served on or before May 12, 2006;

3. HP's reply brief shall be filed on or before May 22, 2006;

4. The hearing on HP's Motion to Dismiss shall take place on June 2, 2006, at 9:00 a.m.; and

5. The parties shall participate in private non-binding mediation to be conducted through JAMS within one hundred twenty (120) days of the date of this Order

**IT IS SO ORDERED.**

DATED: 4/27/06

THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

30389176_1 (2).DOC