\*\*E-filed 3/8/07\*\*

PETER SULLIVAN, SBN 101428
SAMUEL G. LIVERSIDGE, SBN 180578
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
email: sliversidge@gibsondunn.com

JOHN F. SCHULTZ\*
ROBERT A. PARTICELLI\*
MORGAN LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 963-5000
Facsimile: (215) 963-5001

Attorneys for Defendant,
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: HP INKJET PRINTER LITIGATION<br><br>This Document Relates To:<br><br>All Actions | MASTER FILE NO. CO53580 JF<br><br>**JOINT STIPULATION AND** ~~PROPOSED~~ **ORDER RE REVISED DISCOVERY AND PRETRIAL SCHEDULE** |

1  WHEREAS, the parties previously agreed upon and the Court approved Case Management Order No. 2 setting forth a discovery and pretrial schedule in this case;

WHEREAS, the parties have been pushing forward with discovery pertaining to the issues to be presented to the Court on class certification;

WHEREAS, the parties agree that additional time is needed in order to complete such discovery before the briefing and hearing on class certification;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the Case Management Order be revised to include the following discovery and pretrial schedule:

| Date | Event |
|---|---|
| June 30, 2007 | Last day for both parties to disclose expert witnesses to be used in connection with class certification. |
| July 11, 2007 | Last day for both parties to disclose rebuttal expert witnesses to be used in connection with class certification. |
| July 20, 2007 | Last day for Plaintiffs to file: (1) expert report on class certification; and (2) motion for class certification. |
| September 14, 2007 | Last day for Defendant to file: (1) expert report on class certification; and (2) opposition to motion for class certification. |
| October 5, 2007 | Last day for Plaintiffs to file motion for class certification reply. |
| October 26, 2007 | Hearing on motion for class certification. |
| December 14, 2007 | All non-expert discovery closes. |
| January 18, 2008 | Last day to file dispositive motions. |
| February 8, 2008 | Last day to file opposition to dispositive motions. |
| February 22, 2008 | Last day to file dispositive motion reply briefs. |
| March 7, 2008 | Hearing on dispositive motions. |
| 90 days before trial | Last day to exchange expert reports on merits. |
| 60 days before trial | Last day for parties to serve rebuttal expert reports on merits. |
| 45 days before trial | Expert discovery closes. |
| May 12, 2008 | Last day for settlement conference. |

2

Joint Stipulation re Revised Discovery and Pretrial Schedule; Proposed Order
Case No. 05-3580 JF

| | |
|---|---|
| May, 2008 | Pretrial conference. |
| 30 days before trial | Last day to exchange pretrial disclosures. |
| 20 days before trial | Last day to file objections to pretrial disclosures. |
| June, 2008 | Trial begins. |

In addition to the above agreed-upon schedule, Defendant reserves the right to file a motion for summary judgment on the claims of any individual named plaintiff at any time prior to January 11, 2008 (which is the last day to file dispositive motions), and to notice the hearing of such a motion on or before October 19, 2007, (the hearing date set for plaintiffs' motion for class certification). Before Defendant files such a motion, however, Defendant will first meet and confer in good faith with Plaintiffs regarding the timing of that motion.

**IT IS SO STIPULATED.**

1
2  Dated: February 23, 2007          By: _____
3                                         Niall P. McCarthy
                                           COTCHETT, PITRE & McCARTHY
4
                                        Patrick McNicholas
                                        MCNICHOLAS & MCNICHOLAS LLP
5
6                                       Jonathan Shub
                                        SEEGER WEISS LLP
7
                                        *Co-Lead Counsel for Plaintiffs and the Class*
8
                                        Steven Berk
                                        CUNEO, WALDMAN & GILBERT, LLC
9
10                                      David Buchanan
                                        SEEGER WEISS LLP
11
                                        Mark Chavez
                                        CHAVEZ & GERTLER
12
13                                      Marc Edelson
                                        EDELSON & ASSOCIATES, LLC
14                                      Stephen M. Garcia
                                        THE GARCIA LAW FIRM
15
16                                      Michael D. Liberty
                                        LAW OFFICES OF MICHAEL D. LIBERTY
17                                      Scott E. Shapiro
                                        LAW OFFICES OF SCOTT E. SHAPIRO, P.C.
18
                                        *Counsel for Plaintiffs and the Class*
19
20
21  Dated: February 23, 2007          By: _____
                                           Peter Sullivan
22                                         Samuel G. Liversidge
                                           GIBSON DUNN & CRUTCHER LLP
23
24                                      John F. Schultz*
                                        Robert Particelli*
                                        MORGAN LEWIS & BOCKIUS, LLP
25
                                        *Attorneys for Defendant Hewlett-Packard Company*
26
                                        * Pro Hac Vice pending
27
28
                                              4

Gibson, Dunn & Crutcher LLP

Joint Stipulation re Revised Case Management Order No. 2; Proposed Order
Case No. 05-3580 JF

[PROPOSED] ORDER

Good cause having been shown, the Joint Stipulation re Revised Discovery and Pretrial Schedule is hereby adopted by the Court and the parties are ordered to comply with this Order.

**IT IS SO ORDERED.**

Dated: 3/8/07

_____
The Honorable Jeremy Fogel
United States District Judge

100170110_1 (5).DOC