1 NIALL P. McCARTHY (#160175)
nmccarthy@cpmlegal.com
2 LAURA SCHLICHTMANN (#169699)
lschlichtmann@cpmlegal.com
3 **COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
4 840 Malcolm Road, Suite 200
Burlingame, CA 94010
5 Telephone: (650) 697-6000
Facsimile: (650) 692-3606
6
PATRICK McNICHOLAS (#125868)
7 pmc@mcnicholaslaw.com
**McNICHOLAS & McNICHOLAS, LLP**
8 10866 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024
9 Tel: (310) 474-1582
Fax: (310) 475-7871
10
JONATHAN SHUB (#237708)
11 jshub@seegerweiss.com
**SEEGER WEISS, LLP**
12 1200 Walnut Street, 5th Floor
Philadelphia, PA 19107
13 Tel: (215) 735-7580
Fax: (215) 735-7583
14
*Co-Lead Counsel*
15 Other Counsel listed on signature page

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re: HP INKJET PRINTER LITIGATION<br><br>This Document Relates To:<br><br>All Actions | **MASTER FILE NO. C053580 JF**<br><br>[Proposed] **ORDER GRANTING PLAINTIFFS' REQUEST TO USE A COMPUTER PRESENTATION**<br><br>Date: January 4, 2008<br>Time: 9:00 a.m.<br>Courtroom: 3<br>The Honorable Jeremy Fogel |

Plaintiffs wish to use a computer presentation in order to help explain the certain issues in the class certification motion. The Court rules that Plaintiffs may bring in (1) laptop with connecting cables, (2) projector with connecting cables, and (3) stand/fold-up table for projector.

**IT IS SO ORDERED.**

**DATED** ___1/4_____, **2008**

*[signature]*

**THE HONORABLE JEREMY FOGEL**
**UNITED STATES DISTRICT JUDGE**

**PROOF OF SERVICE**

I AM EMPLOYED IN SAN MATEO COUNTY, WHICH IS WHERE SERVICE OF THE DOCUMENT(S) REFERRED TO BELOW OCCURRED. I AM OVER THE AGE OF 18 AND NOT A PARTY TO THE WITHIN ACTION. MY BUSINESS ADDRESS IS COTCHETT, PITRE & MCCARTHY, SAN FRANCISCO AIRPORT CENTER, 840 MALCOLM ROAD, SUITE 200, BURLINGAME, CALIFORNIA 94010. I AM READILY FAMILIAR WITH COTCHETT, PITRE & MCCARTHY'S PRACTICES FOR THE SERVICE OF DOCUMENTS. ON THIS DATE, I SERVED OR CAUSED TO BE SERVED A TRUE COPY OF THE FOLLOWING DOCUMENT(S) IN THE MANNER LISTED BELOW:

**[Proposed] ORDER GRANTING
PLAINTIFFS' REQUEST TO USE A COMPUTER PRESENTATION**

____ BY ECF: I CAUSED THE AFOREMENTIONED DOCUMENT(S) TO BE FILED VIA THE ELECTRONIC CASE FILING (ECF) SYSTEM IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, ON ALL PARTIES REGISTERED FOR E-FILING IN MASTER FILE NUMBER 05-CV-3580-JF. COUNSEL OF RECORD ARE REQUIRED BY THE COURT TO BE REGISTERED E-FILERS, AND AS SUCH ARE AUTOMATICALLY E-SERVED WITH A COPY OF THE DOCUMENTS UPON CONFIRMATION OF E-FILING.

**XXX BY MAIL AND E-MAIL:** I CAUSED THE SEALED ENVELOPE CONTAINING THE AFOREMENTIONED DOCUMENT(S) TO BE DEPOSITED WITH THE UNITED STATES POSTAL SERVICE ON THAT SAME DAY IN THE ORDINARY COURSE OF BUSINESS TO THE ADDRESSEE(S) SPECIFIED BELOW:

**[SEE ATTACHED SERVICE LIST]**

____ **BY OVERNIGHT COURIER SERVICE:** I CAUSED THE SEALED ENVELOPE CONTAINING THE AFOREMENTIONED DOCUMENT(S) TO BE DELIVERED VIA OVERNIGHT COURIER SERVICE TO THE ADDRESSEE(S) SPECIFIED BELOW:

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED AT BURLINGAME, CALIFORNIA, ON JANUARY 3, 2008.

/s/
**MARY ANN BROWN**

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**[Proposed] ORDER GRANTING PLAINTIFFS' REQUEST TO USE A COMPUTER PRESENTATION,**
Case No. C053580 JF    i

# SERVICE LIST

**VIA FIRST CLASS MAIL**
PATRICK MCNICHOLAS
**MCNICHOLAS & MCNICHOLAS, LLP**
10866 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024
Tel: (310) 474-1582
Fax: (310) 475-7871
E-Mail: pmc@mcnicholaslaw.com

**Co-lead Counsel for Plaintiffs and the Class**

**VIA FIRST CLASS MAIL**
JONATHAN SHUB
**SEEGER WEISS LLP**
1200 Walnut Street, 5th Floor
Philadelphia, PA 19107
Tel: (215) 735-7580
Fax: (215) 735-7583
E-Mail: jshub@seegerweiss.com

**Co-lead Counsel for Plaintiffs and the Class**

**VIA FIRST CLASS MAIL**
BRUCE L. SIMON
**PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP**
44 Montgomery Street, Suite 1200
San Francisco, CA 94104
Tel: (415) 433-9000
Fax: (415) 433-9008
E-Mail: bsimon@psswplaw.com

**Co-Counsel for Plaintiffs and the Class**

**VIA FIRST CLASS MAIL**
MARC EDELSON
**EDELSON & ASSOCIATES, LLC**
45 West Court Street
Doylestown, PA 18901
Tel: (215) 230-8043
Fax: (215) 230-8735
E-Mail: medelson@hofedlaw.com

**Co-Counsel for Plaintiffs and the Class**

**VIA FIRST CLASS MAIL**
STEVEN N. BERK
**CHAVEZ & GERTLER LLP**
1225 Fifteenth Street, NW
Washington, DC 20005
Tel: (202) 232-7550
Fax: (202) 232-7556
E-Mail: steven@chavezgertler.com

**Co-Counsel for Plaintiff Daniel Feder**

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

[Proposed] ORDER GRANTING PLAINTIFFS' REQUEST TO USE A COMPUTER PRESENTATION,
Case No. C053580 JF
ii

| | | |
|---|---|---|
| 1 | **VIA FIRST CLASS MAIL**<br>STEPHEN M. GARCIA | **CO-COUNSEL FOR PLAINTIFFS AND THE CLASS** |
| 2 | MELISSA P. FULLER<br>**THE GARCIA LAW FIRM** | |
| 3 | ONE WORLD TRADE CENTER, SUITE 1950<br>LONG BEACH, CA 90831 | |
| 4 | TEL: (562) 216-5270<br>FAX: (562) 216-5271 | |
| 5 | E-MAIL: SGARCIA@LAWGARCIA.COM<br>    MFULLER@LAWGARCIA.COM | |
| 6 | | |
| 7 | **VIA FIRST CLASS MAIL**<br>MICHAEL D. LIBERTY | **CO-COUNSEL FOR PLAINTIFFS AND THE CLASS** |
| 8 | **LAW OFFICES OF MICHAEL D. LIBERTY**<br>1290 HOWARD AVENUE, SUITE 303 | |
| 9 | BURLINGAME, CA 94010<br>TEL: (650) 685-8085 | |
| 10 | FAX: (650) 685-8086<br>E-MAIL: MDLAW@PACBELL.NET | |
| 11 | **VIA FIRST CLASS MAIL**<br>SCOTT E. SHAPIRO | **CO-COUNSEL FOR PLAINTIFFS AND THE CLASS** |
| 12 | **LAW OFFICES OF SCOTT E. SHAPIRO, PC**<br>17337 VENTURA BLVD., SUITE 200 | |
| 13 | ENCINO, CA 91316<br>TEL: (818) 990-0706 | |
| 14 | FAX: (818) 990-0276<br>E-MAIL: SHAPIRO@SES-LAW.COM | |
| 15 | | |
| 16 | **VIA FIRST CLASS MAIL**<br>PETER SULLIVAN | **OPPOSING COUNSEL** |
| 17 | SAMUEL LIVERSIDGE<br>**GIBSON DUNN & CRUTCHER, LLP** | |
| 18 | 333 SOUTH GRAND AVENUE<br>LOS ANGELES, CA 90071 | |
| 19 | TEL: (213) 229-7000<br>FAX: (213) 229-7520 | |
| 20 | E-MAILS: PSULLIVAN@GIBSONDUNN.COM<br>    SLIVERSIDGE@GIBSONDUNN.COM | |
| 21 | **VIA FIRST CLASS MAIL**<br>MICHAEL HOLSTON | **OPPOSING COUNSEL** |
| 22 | JOHN SCHULTZ<br>ROBERT PARTICELLI | |
| 23 | **MORGAN, LEWIS & BOCKIUS, LLP**<br>1701 MARKET STREET | |
| 24 | PHILADELPHIA, PA 19103<br>TEL: (215) 963-5000 | |
| 25 | FAX: (215) 963-5001<br>E-MAIL: MHOLSTON@MORGANLEWIS.COM | |
| 26 | | |
| 27 | | |
| 28 | | |

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

[Proposed] ORDER GRANTING PLAINTIFFS' REQUEST TO USE A COMPUTER PRESENTATION,
Case No. C053580 JF                                                                                                              iii