UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: HP INKJET PRINTER LILTIGATION, <br><br> _____ <br><br> This Document Relates to: <br><br> All Actions <br> _____ | Case No.: C 05-3580 JF (PVT) <br><br> **FURTHER ORDER RE PLAINTIFFS' MOTION TO COMPEL DISCOVERY RESPONSES** |

On February 19, 2008, the parties appeared before Magistrate Judge Patricia V. Trumbull for hearing on Plaintiffs' motion to compel discovery responses.[1] After hearing oral argument, the court continued the hearing to April 15, 2008, to allow for further meet and confer, and for the parties to take certain actions agreed upon at the hearing. The court also set a deadline for the parties to file a joint statement regarding the status of the discovery dispute. The parties filed their joint statement on April 4, 2008. Based on the parties' joint statement, and the file herein,

IT IS HEREBY ORDERED that the hearing on Plaintiffs' motion is further CONTINUED to April 29, 2008.

IT IS FURTHER ORDERED that, no later than April 21, 2008, Plaintiff shall file copies of the 179 complaint entries for which it is requesting contact information, along with a copy of its draft privacy notice.

Dated: *4/10/008*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*