**E-Filed 9/26/08**

Niall P. McCarthy (#160175)
Laura Schlichtmann (#169699)
COTCHETT, PITRE & McCARTHY
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: 650-697-6000
Fax: 650-692-3606
e-mail: nmccarthy@cpmlaw.com;
  lschlichtmann@cpmlegal.com

Patrick McNicholas (#125868)
McNICHOLAS & McNICHOLAS, LLP
10866 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90024
Tel: 310-474-1582
Fax: 310-475-7871
e-mail: pmc@mcnicholaslaw.com

Jonathan Shub (#237708)
SEEGER WEISS, LLP
1515 Market St., Suite 1380
Philadelphia, PA 19102
Tel: 215-564-2300
Fax: 215-851-8029
e-mail: jshub@seegerweiss.com

*Co-Lead Counsel for Plaintiffs*
[Other Counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| In re: HP INKJET PRINTER LITIGATION )<br>)<br>)<br>This Document Relates To: )<br>)<br>  All Actions )<br>)<br>)<br>) | Master File No. C05-3580 JF (PVT)<br><br>[Proposed] ORDER APPROVING STIPULATION REQUESTING MODIFICATION OF HEARING AND BRIEFING SCHEDULE re: MOTION FOR CERTIFICATION OF CALIFORNIA CLASS<br><br>Honorable Jeremy Fogel |

**[Proposed] ORDER APPROVING STIP. REQUESTING MODIFICATION OF HEARING &
BRIEFING SCHEDULE re: MOTION TO CERTIFY CALIFORNIA CLASS**, Case No. 05-3580 JF (PVT)

The Court having reviewed the parties' stipulation to modify the briefing and hearing schedule for Plaintiffs' motion to certify a California class and the accompanying declaration of counsel, and having found good cause shown, IT IS ORDERED as follows:

The October 7, 2008, date for Plaintiffs to file their motion to certify a California class and the November 21, 2008, hearing date on Plaintiffs' motion are both hereby vacated. Further, the Court sets the following new schedule with respect to Plaintiffs' motion: Plaintiffs are to file and serve their moving papers no later than February 12, 2009; Defendant Hewlett-Packard Company is to file and serve its opposition papers no later than April 16, 2009; Plaintiffs are to file and serve their reply papers no later than May 14, 2009; and the hearing on Plaintiffs' motion to certify a California class shall be set for June 19, 2009.

**IT IS SO ORDERED.**

Date: 9/26/08

_____
HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE