**E-Filed 1/14/09**

1  Niall P. McCarthy (#160175)
   Laura Schlichtmann (#169699)
2  Justin T. Berger (#250346)
   COTCHETT, PITRE & McCARTHY
3  San Francisco Airport Office Center
   840 Malcolm Road, Suite 200
4  Burlingame, CA 94010
   Tel: 650-697-6000
5  Fax: 650-692-3606
   e-mail: nmccarthy@cpmlegal.com;
6  lschlichtmann@cpmlegal.com
   jberger@cpmlegal.com
7
   Patrick McNicholas (#125868)
8  McNICHOLAS & McNICHOLAS, LLP
   10866 Wilshire Boulevard, Suite 1400
9  Los Angeles, CA 90024
   Tel: 310-474-1582
10 Fax: 310-475-7871
   e-mail: pmc@mcnicholaslaw.com
11
   Jonathan Shub (#237708)
12 SEEGER WEISS, LLP
   1515 Market St., Suite 1380
13 Philadelphia, PA 19102
   Tel: 215-564-2300
14 Fax: 215-851-8029
   e-mail:  jshub@seegerweiss.com
15
   *Co-Lead Counsel for Plaintiffs*
16 [Other Counsel on signature page]

17
## UNITED STATES DISTRICT COURT
18
## NORTHERN DISTRICT OF CALIFORNIA
19
### (SAN JOSE DIVISION)
20

21  In re: HP INKJET PRINTER LITIGATION   )   Master File No. C05-3580 JF (PVT)
                                          )
22  _____   )   [Proposed] **ORDER APPROVING**
                                          )   **STIPULATION REQUESTING FURTHER**
23  This Document Relates To:             )   **MODIFICATION OF HEARING**
                                          )   **AND BRIEFING SCHEDULE re:**
24       All Actions                      )   **MOTION FOR CERTIFICATION**
                                          )   **OF CALIFORNIA CLASS**
25                                        )
                                          )   Honorable Jeremy Fogel
26  _____   )

27

28

---

**[Proposed] ORDER APPROVING STIP. REQUESTING FURTHER MODIFICATION OF HEARING &
BRIEFING SCHEDULE re: MOTION TO CERTIFY CALIFORNIA CLASS**, Case No. 05-3580 JF (PVT)

1  The Court having reviewed the parties' stipulation to further modify the briefing and
2  hearing schedule for Plaintiffs' motion to certify a California class and the accompanying
3  declaration of counsel, and having found good cause shown, IT IS ORDERED as follows:
4  The Court VACATES the current deadlines associated with Plaintiffs' motion to certify a
5  California class, which are: February 12, 2009, for Plaintiffs' moving papers; April 16, 2009, for
6  Defendant's opposition; May 14, 2009, for Plaintiffs' reply papers; and hearing on June 19, 2009.
7  Further, the Court sets the following new schedule with respect to Plaintiffs' motion: Plaintiffs'
8  moving papers are to be filed and served no later than March 26, 2009; Defendant Hewlett-
9  Packard's opposition papers are to be filed and served no later than June 4, 2009; Plaintiffs' reply
10 papers are to be filed and served no later than July 2, 2009; and the hearing on Plaintiffs' motion
11 to certify a California class is set for July 31, 2009.
12 Furthermore, with respect to Plaintiffs' motion to certify a California class, and
13 Defendant's opposition thereto, the page limit requirements contained in Civil Local Rule 7-2(b)
14 and 7-3(a) shall be increased to 35 pages.
15 **IT IS SO ORDERED.**

17 Date: 1/14/08

 HONORABLE JEREMY FOGEL
18 UNITED STATES DISTRICT JUDGE