Peter Sullivan, SBN 101428
PSullivan@gibsondunn.com
Samuel G. Liversidge, SBN 180578
SLiversidge@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Robert Particelli (Admitted *Pro Hac Vice*)
rparticelli@morganlewis.com
MORGAN LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000
Facsimile: (215) 963-5001

Attorneys for Defendant,
HEWLETT-PACKARD COMPANY

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### (SAN JOSE DIVISION)

| | |
|---|---|
| In re: HP INKJET PRINTER LITIGATION, | Master File No. C05-3580 JF |
| | [~~PROPOSED~~] **ORDER GRANTING THE JOINT STIPULATION RE MODIFICATION OF BRIEFING SCHEDULE AND HEARING DATE FOR MOTION FOR CERTIFICATION OF A CALIFORNIA CLASS** |
| This Document Relates To:<br><br>All Actions | Date:   N/A<br>Time:   N/A<br>Ctrm:   3<br>Before: The Honorable Jeremy Fogel |

---

[PROPOSED] ORDER GRANTING THE JOINT STIPULATION RE MODIFICATION OF BRIEFING SCHEDULE
AND HEARING DATE FOR MOTION FOR CERTIFICATION OF A CALIFORNIA CLASS
Case No. 05-3580 JF

Gibson, Dunn &
Crutcher LLP

# [PROPOSED] ORDER

Good cause having been shown, the Joint Stipulation re Modification of Briefing Schedule and Hearing Date for Motion for Certification of A California Class is hereby GRANTED and the parties are ordered to comply with this Order. The remaining deadlines and hearing date associated with Plaintiffs' motion for certification of a California class and motion for leave to add a new class representative are hereby vacated and the new briefing schedule and hearing date are as follows: Hewlett-Packard Company's opposition papers to Plaintiffs' motions for certification of a California class and leave to add a new class representative shall now be filed no later than September 18, 2009, Plaintiffs' reply papers to both motions shall now be filed no later than October 30, 2009, and the hearing on Plaintiffs' motions is set for November 13, 2009.

**IT IS SO ORDERED.**

Dated:   8/11/09

The Honorable Jeremy Fogel
United States District Judge

2

[PROPOSED] ORDER GRANTING THE JOINT STIPULATION RE MODIFICATION OF BRIEFING SCHEDULE AND HEARING DATE FOR MOTION FOR CERTIFICATION OF A CALIFORNIA CLASS
Case No. 05-3580 JF

Gibson, Dunn & Crutcher LLP