Niall P. McCarthy (#160175)
Laura Schlichtmann (#169699)
Justin T. Berger (#250346)
COTCHETT, PITRE & McCARTHY
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: 650-697-6000
Fax: 650-692-3606
e-mail: nmccarthy@cpmlegal.com;
lschlichtmann@cpmlegal.com
jberger@cpmlegal.com

Patrick McNicholas (#125868)
McNICHOLAS & McNICHOLAS, LLP
10866 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90024
Tel: 310-474-1582
Fax: 310-475-7871
e-mail: pmc@mcnicholaslaw.com

Jonathan Shub (#237708)
SEEGER WEISS, LLP
1515 Market St., Suite 1380
Philadelphia, PA 19102
Tel: 215-564-2300
Fax: 215-851-8029
e-mail: jshub@seegerweiss.com

*Co-Lead Counsel for Plaintiffs*

**E-Filed 10/27/2009**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## (SAN JOSE DIVISION)

| | |
|---|---|
| In re: HP INKJET PRINTER LITIGATION | Master File No. C05-3580 JF (PVT) |
| This Document Relates To:<br><br>All Actions | [Proposed] ORDER APPROVING STIPULATION REQUESTING FURTHER MODIFICATION OF HEARING AND BRIEFING SCHEDULE re: MOTION FOR CERTIFICATION OF CALIFORNIA CLASS<br><br>Honorable Jeremy Fogel |

1 | The Court having reviewed the parties' stipulation to further modify the briefing and hearing schedule for Plaintiffs' motion to certify a California class and motion for leave to add a new class representative and the accompanying declaration of counsel, and having found good cause shown, IT IS ORDERED as follows:

The Court VACATES the current deadlines associated with Plaintiffs' motion to certify a California class and motion for leave to add a new class representative, which are: October 30, 2009 for Plaintiffs' reply papers; and hearing on November 13, 2009. Further, the Court sets the following new schedule with respect to Plaintiffs' motions: Plaintiffs' reply papers are to be filed and served no later than November 30, 2009; and the hearing on Plaintiffs' motion to certify a California class and motion for leave to add a new class representative is set for January 8, 2010.

Furthermore, with respect to Plaintiffs' reply to motion to certify a California class and motion for leave to add a new class representative, the page limit requirements contained in Civil Local Rule 7-3(c) shall be increased to 20 pages.

**IT IS SO ORDERED.**

Date: 10/22/2009

_____
HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE