Peter Sullivan, SBN 101428
PSullivan@gibsondunn.com
Samuel G. Liversidge, SBN 180578
SLiversidge@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Attorneys for Defendant,
HEWLETT-PACKARD COMPANY

\*\*E-Filed 1/6/2010\*\*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# (SAN JOSE DIVISION)

| | |
|---|---|
| In re: HP INKJET PRINTER LITIGATION, <br><br> This Document Relates To: <br><br> All Actions | Master File No. C05-3580 JF <br><br> **[PROPOSED] ORDER GRANTING THE JOINT STIPULATION RE CONTINUATION OF HEARING DATE ON MOTION FOR CERTIFICATION OF A CALIFORNIA CLASS** <br><br> Date: N/A <br> Time: N/A <br> Ctrm: 3 <br> Before: The Honorable Jeremy Fogel |

[PROPOSED] ORDER GRANTING THE JOINT STIPULATION RE MODIFICATION OF BRIEFING SCHEDULE AND HEARING DATE FOR MOTION FOR CERTIFICATION OF A CALIFORNIA CLASS
Case No. 05-3580 JF

Gibson, Dunn & Crutcher LLP

**[~~PROPOSED~~] ORDER**

Good cause having been shown, the Joint Stipulation re Continuation of Hearing Date for Motion for Certification of A California Class is hereby GRANTED and the parties are ordered to comply with this Order. The hearing date associated with Plaintiffs' motion for certification of a California class and motion for leave to add a new class representative is hereby vacated and the new hearing date is as follows: February 5, 2010.

**IT IS SO ORDERED.**

Dated: 1/6/2010

_____
The Honorable Jeremy Fogel
United States District Judge

2

[PROPOSED] ORDER GRANTING THE JOINT STIPULATION RE MODIFICATION OF BRIEFING SCHEDULE AND HEARING DATE FOR MOTION FOR CERTIFICATION OF A CALIFORNIA CLASS
Case No. 05-3580 JF

Gibson, Dunn & Crutcher LLP