Peter Sullivan, SBN 101428
PSullivan@gibsondunn.com
Samuel G. Liversidge, SBN 180578
SLiversidge@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Attorneys for Defendant,
HEWLETT-PACKARD COMPANY

\*\*E-Filed 4/8/2010\*\*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# (SAN JOSE DIVISION)

| | |
|---|---|
| In re: HP INKJET PRINTER LITIGATION,<br><br>This Document Relates To:<br><br>   All Actions | Master File No. C05-3580 JF<br><br>[PROPOSED] ORDER GRANTING THE JOINT STIPULATION RE APRIL 9, 2010 STATUS CONFERENCE AND PROPOSED PLAN FOR FILING SETTLEMENT PAPERS AND MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING THE JOINT STIPULATION RE APRIL 9, 2010 STATUS CONFERENCE AND PROPOSED PLAN FOR FILING SETTLEMENT PAPERS AND MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT
Case No. 05-3580 JF

**[PROPOSED] ORDER**

The Court having reviewed the parties' stipulation and the accompanying declaration of counsel, and having found good cause shown, the Joint Stipulation re April 9, 2010 Status Conference And Proposed Plan For Filing Settlement Papers and Motion For Preliminary Approval Of Class Settlement is hereby GRANTED and the parties are ordered to comply with this Order.

IT IS HEREBY ORDERED that: (1) the April 9, 2010 Status Conference is taken off calendar, (2) the parties shall file no later than June 4, 2010, a written settlement agreement and a motion for preliminary approval of class settlement, and (3) if the parties are unable to complete and file a written settlement agreement and a motion for preliminary approval of class settlement by June 4, 2010, a joint status report shall be filed in lieu of these documents.

**IT IS SO ORDERED.**

Dated: 4/8/2010

_____
Honorable Jeremy Fogel
United States District Judge

[PROPOSED] ORDER GRANTING THE JOINT STIPULATION RE APRIL 9, 2010 STATUS CONFERENCE AND PROPOSED PLAN FOR FILING SETTLEMENT PAPERS AND MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT
Case No. 05-3580 JF

Gibson, Dunn & Crutcher LLP