Peter Sullivan, SBN 101428
PSullivan@gibsondunn.com
Samuel G. Liversidge, SBN 180578
SLiversidge@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Attorneys for Defendant,
HEWLETT-PACKARD COMPANY

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### (SAN JOSE DIVISION)

| | |
|---|---|
| In re: HP INKJET PRINTER LITIGATION, <br><br> This Document Relates To: <br><br> All Actions | Master File No. C05-3580 JF <br><br> **JOINT STATUS REPORT AND STIPULATION RE PROPOSED PLAN FOR FILING SETTLEMENT PAPERS AND MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT; DECLARATION OF SAMUEL G. LIVERSIDGE** |

**JOINT STATUS REPORT AND STIPULATION RE PROPOSED PLAN FOR FILING SETTLEMENT PAPERS AND MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT; DECLARATION OF SAMUEL G. LIVERSIDGE**
Case No. 05-3580 JF

Gibson, Dunn & Crutcher LLP

WHEREAS, the parties have reached an agreement in principle to settle this action as well as two other actions against Hewlett-Packard Company pending before this Court: *Rich v. Hewlett-Packard Company*, Case No. C06-03361-JF, and *Blennis v. Hewlett-Packard Company*, Case No. C07-00333-JF;

WHEREAS, on April 5, 2010, the parties filed a Stipulation in which they proposed to file by June 4, 2010, a written settlement agreement and a motion for preliminary approval of class settlement or, if the parties were unable to complete and file a written settlement agreement and a motion for preliminary approval of class settlement by June 4, 2010, a joint status report in lieu of those documents;

WHEREAS, with negotiations ongoing, on June 3, 2010 the parties filed a Stipulation in which they proposed to file, by July 9, 2010, a written settlement agreement and a motion for preliminary approval of class settlement or, if the parties were unable to complete and file a written settlement agreement and a motion for preliminary approval of class settlement by July 9, 2010, a joint status report in lieu of those documents;

WHEREAS, the parties have made substantial progress in negotiating the specific terms of a written settlement agreement and drafting that written agreement, and request additional time to try to finalize that written agreement and supporting papers (including the motion for preliminary approval, a proposed order granting that motion, the long and short-form notices to putative settlement class members, and other documents relating to the administration of the proposed settlement);

WHEREAS, the parties propose to submit a written settlement agreement and a motion for preliminary approval of class settlement by July 30, 2010; and

WHEREAS, a declaration of counsel providing the information required by Local Civil Rule 6-2 follows this stipulation.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that (1) the parties will make a good faith effort to file a written settlement agreement and a motion for preliminary approval of class settlement with the Court by July 30, 2010,

2

Gibson, Dunn & Crutcher LLP

**JOINT STATUS REPORT AND STIPULATION RE PROPOSED PLAN FOR FILING SETTLEMENT PAPERS AND MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT; DECLARATION OF SAMUEL G. LIVERSIDGE**
Case No. 05-3580 JF

and (2) if the parties are unable to complete and file these documents by July 30, 2010, a joint status report will be filed in lieu of these documents.

**IT IS SO STIPULATED.**

Dated: July 9, 2010

        COTCHETT, PITRE & McCARTHY
        McNICHOLAS & McNICHOLAS, LLP
        SEEGER WEISS, LLP

        /s/ Niall P. McCarthy*
        Niall P. McCarthy

*Co-Lead Counsel for Plaintiffs and the Class*

        Brian S. Kabateck
        Richard L. Kellner
        KABATECK BROWN KELLNER, LLP

        Steven N. Berk
        BERK LAW PLLC

        Bruce L. Simon
        PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP

        Marc Edelson
        EDELSON & ASSOCIATES, LLC

        Stephen M. Garcia
        THE GARCIA LAW FIRM

        Michael D. Liberty
        LAW OFFICES OF MICHAEL D. LIBERTY

        Scott E. Shapiro
        LAW OFFICES OF SCOTT E. SHAPIRO, P.C.

Dated: July 9, 2010

        GIBSON, DUNN & CRUTCHER LLP

        /s/ Samuel G. Liversidge*
        Samuel G. Liversidge

*Attorneys for Defendant Hewlett-Packard Company*

        *I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

3

Gibson, Dunn & Crutcher LLP

**JOINT STATUS REPORT AND STIPULATION RE PROPOSED PLAN FOR FILING SETTLEMENT PAPERS AND MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT; DECLARATION OF SAMUEL G. LIVERSIDGE**
Case No. 05-3580 JF

# DECLARATION OF SAMUEL G. LIVERSIDGE
# IN SUPPORT OF THE JOINT STIPULATION

I, Samuel G. Liversidge, declare as follows:

1. I am an attorney duly admitted to practice law in the State of California and in this Court. I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, and one of the counsel of record for Hewlett-Packard Company ("HP") in this case. I have personal knowledge of the facts set forth below, and if called upon to testify, I could and would competently testify to them. I make this declaration in support of the parties' Joint Status Report and Stipulation re Proposed Plan For Filing Settlement Papers and Motion for Preliminary Approval Of Class Settlement.

2. The parties have reached an agreement in principle to settle this action as well as two other actions against HP pending before this Court: *Rich v. Hewlett-Packard Company*, Case No. C06-03361-JF, and *Blennis v. Hewlett-Packard Company*, Case No. C07-00333-JF.

3. The parties are in the process of finalizing a written settlement agreement to memorialize the specific terms of the settlement, and they propose to submit a written settlement agreement and a motion for preliminary approval of class settlement by July 30, 2010.

4. The parties will make a good faith effort to file a written settlement agreement and a motion for preliminary approval of class settlement by July 30, 2010. If the parties, however, are unable to complete and file these documents by July 30, 2010, a joint status report will be filed in lieu of these documents if the Court so orders.

5. My understanding is that the pre-existing briefing deadlines and other dates scheduled in this matter have been taken off calendar, so granting this stipulation does not affect any existing deadlines or hearing dates.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Los Angeles, California on July 9, 2010.

                                              /s/ Samuel G. Liversidge*
                                                Samuel G. Liversidge

**JOINT STATUS REPORT AND STIPULATION RE PROPOSED PLAN FOR FILING SETTLEMENT PAPERS AND MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT; DECLARATION OF SAMUEL G. LIVERSIDGE**
Case No. 05-3580 JF

Gibson, Dunn & Crutcher LLP