# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# (SAN JOSE DIVISION)

| | |
|---|---|
| In re: HP INKJET PRINTER LITIGATION,<br><br>This Document Relates To:<br><br>    All Actions | Master File No. C05-3580 JF<br><br>[PROPOSED] ORDER GRANTING THE JOINT STIPULATION RE PROPOSED PLAN FOR FILING SETTLEMENT PAPERS AND MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT |

The Court having reviewed the parties' stipulation and the accompanying declaration of counsel, and having found good cause shown, the Joint Stipulation re Proposed Plan For Filing Settlement Papers and Motion For Preliminary Approval Of Class Settlement is hereby GRANTED and the parties are ordered to comply with this Order.

IT IS HEREBY ORDERED that: (1) the parties shall file no later than August 13, 2010, a written settlement agreement and a motion for preliminary approval of class settlement, and (2) if the parties are unable to complete and file a written settlement agreement and a motion for preliminary

approval of class settlement by August 13, 2010, a joint status report shall be filed in lieu of these documents.

**IT IS SO ORDERED.**

Dated: 8/3/10

_____
Honorable Jeremy Fogel
United States District Judge