# Settlement Agreement Exhibit D

# HP Inkjet Printer Settlement

1. Reference Number > 2. Name & Address > 3. Product Information > 4. Confirmation

## Online Claim Form Submission Instructions

Submitting a claim in the HP Inkjet Printer Settlement is a multi-step process that may require you to print and submit a signed attestation form. You may also be required to submit receipts or some other proof of purchase for your HP printer if you do not have the printer's serial number.

### OPTION 1:

If you received an email notice regarding this matter, you were provided a unique reference number. To initiate a claim, please enter that number along with the email address where you received the notification below.

Reference Number: [          ]
Email Address to which your notice was sent: [          ]

[Submit]

If you received an e-mail from HP notifying you of this matter, your reference number was included in the subject line of the e-mail.

### OPTION 2:

If you did not receive an email notice, please click the link below to initiate a claim:

[Start a Claim]



HP Inkjet Printer Settlement

1. Reference Number > 2. Name & Address > 3. Product Information > 4. Confirmation

## Online Claim Form Submission

**Product Information**

Required Fields (*)

| Printer Description or Model Type* | Serial Number*<br>Click here for more information | Purchase Date on or after September 6, 2001<br>(*Year Required, Month/Day optional) |
|---|---|---|
| SELECT PRINTER MODEL... | | 2001 |

☐ Check here if you do not have your serial number.

[Add Product]

[Product Entered]



Type the two words: bankslast

**Declaration**

By Clicking the following button, you declare under penalty of perjury the submitted information is true and correct to the best of your knowledge.

I further agree to be bound by the provisions of the Stipulation of Settlement in the HP Inkjet Printer Litigation, including granting to HP a release of all Released Claims as defined and set forth in the Stipulation of Settlement and in any Final Order of the Court which may be entered pursuant to the Settlement.

[Finalize your Submission]

© 2010 Epiq Systems, Inc.



powered by claims matrix

**HP Inkjet Printer Settlement**

1. Reference Number   >   2. Name & Address   >   3. Product Information   >   4. Confirmation

## Online Claim Form Submission

### Confirmation of Submission

Thank you for submitting a claim. You have been assigned claim number:

   [Reference Number]

for [Number of products] products in the HP Inkjet Printer litigation. Please read this entire page carefully as further action may be required in order to receive your benefits.

**Name**
**Email Address**
**Claim Number**

**Product Submissions**

| Product | Status |
|---|---|
| Test Product 1 | Complete: Your submission is complete. No further action is required. |
| Test Product 2 | Action Required: Your submission is incomplete. To be eligible to receive benefits for this printer, you must provide proof-of-purchase documentation. To proceed, please print and follow the instructions in the Completion Form (click on button below). |

[ Print Completion Form ]

Please click here to return to the home page.

© 2010 Epiq Systems, Inc.                                                                                    powered by claims(m)atrix

# HP Inkjet Printer Settlement
## Completion Form

**ACTION REQUIRED TO RECEIVE BENEFITS**

This form must be returned by **Month ##, 201#** and mailed to **HP Inkjet Printer Settlement, PO Box 5270, Portland, OR 97208** or email a PDF copy of the form to info@HPInkjetPrinterSettlement.com

**Your Claim Information**
Reference Number: 3904109480918
SALLIE SAMPLE
3417 E MAIN ST
KALAMAZOO, MI 49408

To complete your submission, additional action is required. Failure to complete the required step(s) will result in the forfeiture of all E-credit Settlement benefits for the printer(s) identified below. E-credits for eligible, approved products will be emailed to the address provided as part of your original submission. If you require assistance in completing this form, please visit the Common Questions section of the settlement website at www.HPInkjetPrinterSettlement.com (Questions ##. - ##. & ##.).

To receive E-credit benefits for the printer(s) identified below, you are required to: complete and return a signed **ATTESTATION** and/or **SUBMIT PROOF OF PURCHASE**, as specified below.

## ATTESTATION

**By signing in the box below and marking the associated printer in the list provided below, I declare under penalty of perjury that:**

- *For the specific Blennis printer(s) indicated below, I purchased an inkjet cartridge for the printer that reached the expiration date before the cartridge had been fully used.*
- *For the specific Ciolino printer(s) indicated below, I received a message indicating the printer was low on ink and removed the inkjet cartridge upon receiving the message without using any remaining ink, believing it was out of ink.*

## PROOF OF PURCHASE

Proof of purchase is required for the printer(s) identified below. Valid forms of proof include receipts, invoices, purchase orders, the original UPC code from the product packaging or documentation that clearly identifies the printer purchased. You must return this form along with your documentation to complete your submission.

## PRINTERS CLAIMED WITH ACTION REQUIRED

If you claimed printers not appearing below, no additional information is required for those printers.

| Printer | Matter | Action Required | I have signed the Attestation (mark X below for each Printer) | I have attached Proof of Purchase (mark X below for each Printer) |
|---|---|---|---|---|
| HP Deskjet 350c | | Proof of Purchase | n/a | |
| HP Deskjet 1120cse | Ciolino | Attestation | | n/a |
| HP Deskjet 916c | | Proof of Purchase | n/a | |
| HP Deskjet 916c | Ciolino | Attestation | | n/a |