# Settlement Agreement Exhibit E

<u>Legal Notice</u>　　**NOTICE OF PROPOSED CLASS ACTION SETTLEMENT**　　<u>Legal Notice</u>
**IF YOU PURCHASED OR RECEIVED AS A GIFT CERTAIN HP INKJET PRINTERS, YOU MAY BE ELIGIBLE TO RECEIVE BENEFITS UNDER A PROPOSED CLASS ACTION SETTLEMENT.**

A settlement has been proposed in class action lawsuits against Hewlett-Packard Company ("HP") regarding certain inkjet printers.

### What Is This Notice About?

Three lawsuits are pending in the United States District Court, Northern District of California that may affect your rights. Plaintiffs allege that HP misled consumers of certain HP inkjet printers in various ways to increase its sales of ink cartridges. HP vigorously denies these allegations. The Court did not rule in favor of plaintiffs or HP. Instead, the parties agreed to a settlement to avoid the expense and risks of continuing the lawsuits.

### Am I A Member Of The Class?

You are a class member if you purchased or received as a gift in the United States an eligible HP inkjet printer from September 6, 2001, to September 1, 2010. A list of the eligible printers is available at www.HPInkjetPrinterSettlement.com.

### What Does The Settlement Provide?

The settlement requires HP to implement a series of disclosures related to the allegations in these matters. HP also will contribute up to $5,000,000 in e-credits that may be used in connection with purchases of printers and printer supplies at www.shopping.hp.com. Depending on the type of printer owned, Settlement Class Members may be eligible to receive e-credits valued at up to $2.00, $5.00, or $6.00, or some combination of these amounts, for each qualifying printer. The value of the e-credits will be reduced on a pro rata basis if more than $5,000,000.00 in e-credits is claimed.

Class Counsel also will ask that the Court award up to $2,900,000 in attorneys' fees and expenses they incurred on behalf of the Class, and for incentive payments of $1,000 per class representative.

### What Are My Rights?

You have four options under the Settlement: (1) claim an e-credit; (2) object; (3) do nothing; or (4) exclude yourself.

If you are a member of the Settlement Class and do not exclude yourself, you will be bound by any judgment in the case and will release certain claims you may have against HP as set forth in the full Notice of Settlement (at Section 10) at www.HPInkjetPrinterSettlement.com. Please read the release language carefully as it affects your rights.

1. To Claim an E-Credit, you must complete a Claim Form electronically and comply with the other requirements at www.HPInkjetPrinterSettlement.com by **February 1, 2011**.

2. To Object to the Settlement, you must file a written objection with the Clerk of the Court by **December 8, 2010**, and serve copies of your objection on the Settlement Administrator and the parties. The Court will decide whether to approve the Settlement at the Fairness Hearing on **January 14, 2011**, at 9:00 a.m. For specific procedures for objecting, please see the full Notice of Settlement at www.HPInkjetPrinterSettlement.com.

3. If You Do Nothing, you will not receive any e-credits under the Settlement, but you will be bound by the terms of the Settlement and will release certain claims against HP as explained in the full Notice of Settlement on the settlement website.

4. To Exclude Yourself from the Class and the Settlement: If you wish to exclude yourself ("opt out") from the Settlement, you must, by **December 8, 2010**, send to the HP Inkjet Settlement Administrator by fax (877-341-4607), e-mail (Info@HPInkjetPrinterSettlement.com), or U.S. Mail (PO Box 5270, Portland, OR 97208-5270), a signed letter that includes your name, address, and telephone number and a statement that you wish to be excluded from the Settlement. If you submit a timely and valid request for exclusion, you will no longer be a member of the Class and will receive no benefits under the Settlement, but you will retain whatever claims you may have against HP.

This Notice is a summary only. To get additional information, including a copy of the Stipulation of Settlement and full Notice of Settlement, visit www.HPInkjetPrinterSettlement.com or call (888) 288-9630. **<u>The deadlines in this Notice may be moved, cancelled or otherwise modified, so please check the website regularly for updates.</u>**

BY ORDER OF THE U.S. DISTRICT COURT