Niall P. McCarthy (SBN 160175)
nmccarthy@cpmlegal.com
Justin T. Berger (SBN 250346)
jberger@cpmlegal.com
**COTCHETT, PITRE & MCCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

Brian S. Kabateck (SBN 152054)
bsk@kbklawyers.com
Richard L. Kellner (SBN 171416)
rlk@kbklawyers.com
**KABATECK BROWN KELLNER LLP**
644 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010

Steven N. Berk *(admitted pro hac vice)*
steven@berklawdc.com
**BERK LAW PLLC**
1225 15th Street, N.W.
Washington D.C. 20005
Telephone: (202) 232-7550
Facsimile: (202) 232-7556

*Counsel for Plaintiffs and the Settlement Class
and On Behalf of the Proposed Settlement Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| **In Re: HP Inkjet Printer Litigation** | Master File No.: C053580 JF (PVT) |
| | **PROOF OF SERVICE** |
| This Document Relates To:<br>All Actions | Date:        January 28, 2011<br>Time:        9:00 A.M.<br>Courtroom:   3, 5th Floor<br>Judge:       Hon. Jeremy Fogel |

PROOF OF SERVICE; Master File No. C05-3580 JF

## PROOF OF SERVICE

I am employed in the State of California, County of San Mateo; I am over the age of 18 years and not a party to the within cause. My business address is the Law Offices of Cotchett, Pitre & McCarthy, San Francisco Airport Office Center, 840 Malcolm Road, Suite 200, Burlingame, California, 94010. I served the following document(s) in the manner described below:

1. **PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

2. **DECLARATION OF NIALL P. McCARTHY IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

3. **[PROPOSED] ORDER GRANTING FINAL APPROVAL TO CLASS ACTION SETTLEMENT; FINAL JUDGMENT**

____ **VIA FIRST CLASS MAIL:** I am readily familiar with this firm's practice for collection and processing of correspondence for mailing. Following that practice, I placed a true copy of the aforementioned document(s) in a sealed envelope, addressed to each addressee, respectively, as specified below. The envelope was placed in the mail at my business address, with postage thereon fully prepaid, for deposit with the United States Postal Service on that same day in the ordinary course of business.

____ **VIA FACSIMILE:** I am readily familiar with this firm's practice for causing documents to be served by facsimile. Following that practice, I caused the aforementioned document(s) to be transmitted to the telephone number(s) of the addressee(s) specified below.

_✗_ **VIA OVERNIGHT COURIER SERVICE**: I am readily familiar with this firm's practice for causing documents to be served by overnight courier. Following that practice, on January 15, 2011, I caused the sealed envelope containing the aforementioned document(s) to be delivered via overnight courier service, with delivery scheduled for January 17, 2011, to the addressee(s) specified below.

**[SEE ATTACHED SERVICE LIST]**

____ **VIA HAND DELIVERY:** I am readily familiar with this firm's practice for causing documents to be served by hand delivery. Following that practice, I caused the sealed envelope containing the aforementioned document(s) to be hand delivered to the addressee(s) specified below.

_✗_ **VIA E-MAIL:** My e-mail address is spinkham@cpmlegal.com. I am readily familiar with this firm's practice for causing documents to be served by e-mail. Following that practice, on January 14, 2011, I caused the aforementioned document(s) to be emailed to the addressee(s) specified below.

**[SEE ATTACHED SERVICE LIST]**

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed at Burlingame, California, on January 15, 2011.

                         */s/ Stephanie Pinkham*
                         STEPHANIE PINKHAM

## SERVICE LIST

**Via E-Mail & Overnight Courier**
Theodore H. Frank
CENTER FOR CLASS ACTION FAIRNESS
1718 M Street NW
Washington DC 20036
Telephone:  (703) 203-3848
tedfrank@gmail.com

**Counsel for Objectors**:
THEODORE H. FRANK;
KIMBERLY SCHRATWIESER

**Via E-Mail & Overnight Courier**
Steve A. Miller
STEVE A. MILLER P.C
The Barclay, No 2905
1625 Larimer Street
Denver, CO 80202
Telephone:  (303) 892-9933
sampc01@gmail.com

**Counsel for Objector**:
DEBORAH COLBURN

**Via E-Mail & Overnight Courier**
Sam P. Cannata
9555 Vista Way # 200
Cleveland, OH 44125
Telephone:  (216) 214-0796
SamCannata1@roadrunner.com

**Pro Per Objector**:
SAM P. CANNATA

**Via E-Mail & Overnight Courier**
Peter Sullivan
Samuel G. Liversidge
Christopher Chorba
Dhananjay S. Manthripragada
GIBSON, DUNN & CRUTCHER
333 South Grand Avenue
Los Angeles, CA 90071
Telephone:  (213) 229-7000
Facsimile:  (213) 229-7520
PSullivan@gibsondunn.com
SLiversidge@gibsondunn.com
CChorba@gibsondunn.com
DManthripragada@gibsondunn.com

**Counsel for Defendant**:
HEWLETT-PACKARD COMPANY

**Via E-Mail**
Steven N. Berk
BERK LAW PLLC
1225 15th Street, N.W.
Washington D.C. 20005
Telephone:  (202) 232-7550
Facsimile:  (202) 232-7556
steven@berklawdc.com

**Counsel for Plaintiffs**

/ / /

| | | |
|---|---|---|
| 1 | | |
| 2 | **Via E-Mail** | **Counsel for Plaintiffs** |
| | Brian S. Kabateck | |
| 3 | Richard L. Kellner | |
| | KABATECK BROWN KELLNER LLP | |
| 4 | 644 South Figueroa Street | |
| | Los Angeles, CA 90017 | |
| 5 | Telephone:  (213) 217-5000 | |
| | Facsimile:  (213) 217-5010 | |
| 6 | bsk@kbklawyers.com | |
| | rlk@kbklawyers.com | |
| 7 | **Via E-Mail** | **Counsel for Plaintiffs** |
| | Mark Andrew Chavez | |
| 8 | CHAVEZ & GERTLER LLP | |
| | 42 Miller Avenue | |
| 9 | Mill Valley, CA 93941 | |
| | Telephone:  (415) 381-5599 | |
| 10 | Facsimile:  (415) 381-5572 | |
| | mark@chavezgertler.com | |
| 11 | | |
| 12 | **Via E-Mail** | **Counsel for Plaintiffs** |
| | Jon Cuneo | |
| 13 | CUNEO, WALDMAN & GILBERT LLC | |
| | 317 Massachusetts Avenue, Suite 300 | |
| 14 | Washington, DC 20002 | |
| | Telephone:  (202) 789-3960 | |
| 15 | Facsimile:  (202) 789-1813 | |
| | jonc@cuneolaw.com | |
| 16 | **Via E-Mail** | **Counsel for Plaintiffs** |
| | Marc Howard Edelson | |
| 17 | EDELSON & ASSOCIATES LLC | |
| | 45 West Court Street | |
| 18 | Doylestown, PA 18901 | |
| | Telephone:  (215) 230-8043 | |
| 19 | Facsimile:  (215) 230-8735 | |
| | medelson@edelson-law.com | |
| 20 | | |
| 21 | **Via E-Mail** | **Counsel for Plaintiffs** |
| | Stephen Garcia | |
| 22 | THE GARCIA LAW FIRM | |
| | 1 World Trade Center #1950 | |
| 23 | Long Beach, CA 90831-1950 | |
| | Telephone:  (562) 216-5270 | |
| 24 | Facsimile:  (562) 216-5271 | |
| | sgarcia@lawgarcia.com | |
| 25 | **Via E-Mail** | **Counsel for Plaintiffs** |
| | Michael D. Liberty | |
| 26 | LAW OFFICES OF MICHAEL D. LIBERTY | |
| | 1290 Howard Avenue, Suite 303 | |
| 27 | Burlingame, CA 94010 | |
| | Telephone:  (650) 685-8085 | |
| 28 | Facsimile:  (650) 685-8086 | |
| | mdlaw@pacbell.net | |

1

2 **Via E-Mail**                                           **Counsel for Plaintiffs**
Scott E. Shapiro
3 LAW OFFICE OF SCOTT E. SHAPIRO, PC
9701 West Pico Boulevard, Suite 110
4 Los Angeles, CA 90035
Telephone:  (310) 720-5501
5 Facsimile:  (310) 388-4612
scott.e.shapiro.esq@gmail.com

6 **Via E-Mail**                                           **Counsel for Plaintiffs**
John Patrick McNicholas, IV
7 McNICHOLAS & McNICHOLAS LLP
10866 Wilshire Boulevard, Suite 1400
8 Los Angeles, CA 90024
Telephone:  (310) 474-1582
9 Facsimile:  (310) 475-7871
pmc@mcnicholaslaw.com
10

11 **Via E-Mail**                                          **Counsel for Plaintiffs**
Bruce Simon
12 PEARSON, SIMON, WARSHAW & PENNY LLP
44 Montgomery Street, Suite 2450
13 San Francisco, CA 94104
Telephone:  (415) 433-9000
Facsimile:  (415) 433-9008
14 bsimon@pswplaw.com

15 **Via E-Mail**                                          **Counsel for Plaintiffs**
Jonathan Shub
16 SHUBLAW LLC
1818 Market Street, 13th Floor
17 Philadelphia, PA 19106
Telephone: (610) 453-6551
18 Facsimile: (215) 569-1606
jshub@shublaw.com
19
**Via E-Mail**                                            **Counsel for Plaintiffs**
20 David R. Buchanan
SEEGER WEISS LLP
21 One William Street
New York, NY 10004
22 Telephone:  (212) 584-0700
Facsimile:  (212) 584-0799
23 dbuchanan@seegerweiss.com

24

25

26

27

28

PROOF OF SERVICE; Master File No. C05-3580 JF                                    4