January 3, 2011

8016 Lewinsville Rd.
McLean, VA 22102

Email: meyer.L@cox.net
Tel. (703) 821-2044

The Honorable Jeremy Fogel
2112 Robert F. Peckham Federal
Bldg and United States Courthouse
280 South First Street
San Jose, CA 95113-3002

**Filed**

JAN 1 8 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Re:   Case No. C 05-3580
      In re: HP Inkjet Printer Litigation

Dear Judge Fogel:

Please find enclosed a copy of an objection that I filed by email with the Settlement Administrator in the above case, per instructions on the Inkjet Settlement website, https://www.hpinkjetprintersettlement.com//. In an abundance of caution, I am also sending a copy of the objection to the Court, since there is language on the website that creates some ambiguity if this needs to be filed with the Court directly, or whether the Settlement Administrator will forward the document. I apologize if the formatting does not conform with the Court's local rules, but the settlement website does not give any particular format to use; I am mailing this directly to the Court last minute since I have no way to reach the Settlement Administrator and ask any questions. The filing deadline is today.

As I state in my opening paragraph of my Objection, I am not planning to appear at the Fairness hearing at the end of the month, but if the Court thinks that would be useful, I would be happy to do so.

Sincerely,

Lori Singer Meyer