1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE HP INKJET PRINTER LITIGATION | Case No. 5:05-cv-03580-JF |
| . | CLERKS NOTICE |

To all Parties and Attorneys of Record:

Plaintiffs' Renewed Motion for Final Approval of Class Action Settlement and Motion for Attorneys' Fees are set for hearing on Friday, May 23, 2014, at 9:00 a.m., in Courtroom 3 on the 3rd Floor of the United States District Court, 280 South First Street, San Jose, California, 95113.

DATED:  4/30/2014

For the Court
Richard W. Weiking, Clerk
By:  _____/s/_____
Snooki Puli
Clerks Office Supervisor