## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 05/23/2014 | **Time:** Minutes | **Judge:** JEREMY FOGEL |
|---|---|---|
| **Case No.:** 05-cv-03580-JF | **Case Name:** Ciolino v. Hewlett-Packard Company | |

**Attorney for Plaintiff:** Justin Berger, Steven Berk
**Attorney for Defendant:** Christopher Chorba, Theodore Frank

**Deputy Clerk:** Tiffany Salinas-Harwell          **Court Reporter:** Summer Fisher

## PROCEEDINGS

Hearing on Renewed Motion for Final Approval of Class Action Settlement held.

Hearing on Motion for Attorneys' Fees held.

Court takes matters under submission.

///