**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE HP INKJET PRINTER LITIGATION. | Case No.  05-cv-03580-JF  **ORDER SUBMITTING MOTION WITHOUT ORAL ARGUMENT AND VACATING SEPTEMBER 5, 2014 HEARING**  [Re: ECF 338] |

The Motion for Decertification of Class, or, in the Alternative, Disqualification of Cotchett, Pitre & McCarthy, LLP that was noticed for hearing on September 5, 2014 is hereby SUBMITTED without oral argument; the hearing is VACATED.  *See* Civ. L.R. 7-1(b).

**IT IS SO ORDERED.**

Dated:  August 26, 2014

_____
JEREMY FOGEL
United States District Judge